UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VLADIMIR ABALOS,<br><br>　　　　　　　　　　　Defendant. | Case No.:  18-cr-01671-L<br><br>**ORDER SEALING DOCUMENTS** |

　　　On June 2, 2021, Defendant Vladimir Abalos, proceeding pro se, filed a Motion for Compassionate Release, along with an Appendix containing medical records. [ECF No. 67.]

　　　In light of the confidential nature of the medical records and other documents in the Appendix to the Motion, the Court orders the Appendix documents filed under seal.

　　　**IT IS SO ORDERED.**

Dated:  June 2, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28